```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GUILLERMO AGUSTIN, on behalf of himself,
individually, and all others similarly situated,

                              Plaintiff,                        25-CV-00495 (JHR)(SN)

       -against-                                               **ORDER**

BIRDLAND JAZZ CLUB, JAYARVEE INC., and
JOHN R. VALENTI,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court has reviewed the docket and notes that certain counsel of record for Plaintiff appear to have outdated or inconsistent contact information listed, including firm affiliations and email addresses. In addition, it appears one or more attorneys may no longer be associated with the firms identified on the docket, and no notices of withdrawal or substitution have been filed.

       To ensure the accuracy of the docket and proper electronic service of all filings, it is ORDERED that Plaintiff's counsel shall, by November 26, 2025, review their appearances and contact information and make any necessary updates, including motions to withdraw pursuant to Local Civil Rule 1.4, if applicable. If no corrections are needed, Plaintiffs' counsel shall file a letter confirming that the current docket entries reflect counsel's contact information and status.

**SO ORDERED.**

                                                                  */s/ Sarah Netburn*
                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:     New York, New York
                November 19, 2025