Case 1:25-cv-00495-JHR-SN   Document 37   Filed 11/19/25   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

GUILLERMO AGUSTIN, on behalf of himself, individually, and all others similarly situated,

                                   **Plaintiff,**                25-CV-00495 (JHR)(SN)

          -against-                                 **ORDER**

JAYARVEE INC., et al.,

                                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On November 17, 2025, Judge Jennifer Rearden referred this case to my docket for pretrial supervision. Defendants filed a letter motion seeking an order compelling Plaintiff to supplement his responses to Defendants' document requests and interrogatories and to produce additional documents. Defendants state that they previously sent Plaintiff a detailed deficiency letter identifying the specific requests requiring supplementation, but they did not attach that letter to their motion. Defendants further represent that Plaintiff's counsel failed to attend a scheduled meet-and-confer to address these issues.

       Accordingly, Plaintiff is ORDERED to meet and confer with Defendants no later than November 25, 2025, and to reasonably supplement his responses to Defendants' document requests and interrogatories two weeks thereafter. The parties shall file a status letter updating the Court on the outcome of the meet-and-confer by December 2, 2025.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:   New York, New York
               November 19, 2025