UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUILLERMO AGUSTIN,

                    Plaintiff,

            -v.-

JAYARVEE INC. et al.,

                    Defendants.

25 Civ. 00495 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

The Court commends and congratulates the parties on reaching a settlement in principle. *See* ECF No. 53.  Under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, an employer who violates the requirement that overtime wages be paid must pay both the unpaid overtime compensation and an additional equal amount as liquidated damages.  *See* 29 U.S.C. § 216(b).  In the event of a settlement and dismissal under Rule 41 of the Federal Rules of Civil Procedure, the settlement — including any proposed attorney's fee award — must be scrutinized by the Court to ensure that it is fair.  *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) (holding that "stipulated dismissals settling FLSA claims with prejudice require the approval of the district court or the DOL to take effect"); *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (identifying factors a court may consider in evaluating the fairness and reasonableness of a proposed FLSA settlement and the reasonableness of a proposed attorney's fee award).[1]

To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster resolution of this matter, it is hereby ORDERED that the parties discuss whether they are willing

---

[1]    Judicial approval is not required for a settlement of FLSA claims by way of a Rule 68(a) offer of judgment.  *See Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 414 (2d Cir. 2019).

to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Sarah Netburn.

**If both parties consent** to proceed before Judge Netburn, counsel for Plaintiff must, by **April 28, 2026**, file on the docket a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order (and also available at https://www.nysd.uscourts.gov/node/754).  If the Court approves that form, all further proceedings will then be conducted before Judge Netburn rather than before the undersigned.

**If either party does not consent** to conducting all further proceedings before Judge Netburn, the parties must file a joint letter, by **April 28, 2026**, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**.  There will be no adverse consequences if the parties do not consent to proceed before Judge Netburn.


SO ORDERED.

Dated:  April 17, 2026
        New York, New York


_Jennifer H. Rearden_
JENNIFER H. REARDEN
United States District Judge

2