USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

**GUILLERMO AGUSTIN, on behalf of himself, individually, and all others similarly situated,**

**Plaintiff,**

**-against-**

**JAYARVEE INC., et al.,**

**Defendants.**

---------------------------------------------------------------X

**25-CV-00495 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On May 1, 2026, the parties advised the Court that they were close to finalizing a settlement agreement and that a settlement conference would not be necessary. To date, however, the parties have not submitted a proposed settlement agreement for approval pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). The parties are directed to file, by July 13, 2026, either (1) the proposed settlement agreement and any letter supporting the reasonableness of its terms, or (2) a status letter describing any outstanding issues and advising whether a telephonic conference would be helpful.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: New York, New York
July 6, 2026